UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:09cv118

| | |
|---|---|
| TELESIS COMMUNITY CREDIT UNION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MANTIFF 1215 STATESVILLE )<br>HOSPITALITY LLC, a/k/a VISION ONE )<br>HOSPITALITY MANAGEMENT, LLC, )<br>PRAKASH VYAS, FALGUN DHARIA, & )<br>VISION ONE HOSPITALITY LLC, )<br>)<br>Defendants. )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court on Defendant Vision One Hospitality LLC's Motion to Dissolve Preliminary Injunction (Document #26), filed February 8, 2010. Although Plaintiff would usually have until February 22, 2010 to respond to this motion, see LCvR 7.1(E), the Court finds that a prompter response is warranted by the circumstances of the case.

**IT IS, THEREFORE, ORDERED** that the Plaintiff shall submit a written **RESPONSE** to Defendant's Motion to Dissolve Preliminary Injunction on or before February 12, 2010 at 5pm.

**SO ORDERED.**

Signed: February 10, 2010

Richard L. Voorhees
United States District Judge